29D02-1904-CT-003183

Hamilton Superior Court 2

Filed: 4/1/2019 2:28 PM
Clerk
Hamilton County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT 2 |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 29D01-1901-CT_____ |
| SHANCY LARSON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| D AND K EXPRESS, L.L.C., LLOYD D. GARNER II, PETERSEN TRUCK BROKERAGE, LLC, and PETERSEN FARMS TRUCKING, LLC | ) | |
| Defendants. | ) | |

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Shancy Larson, by counsel, and for her Complaint for Damages against the Defendant D and K Express, L.L.C., Defendant Lloyd D. Garner II, Defendant Petersen Truck Brokerage, LLC, and Defendant Petersen Farms Trucking, LLC, states the following:

1. At all times relevant to this action, the Plaintiff Shancy Larson was a resident of Martinsville, Morgan County, Indiana.

2. At all times relevant to this action, the Defendant D and K Express, L.L.C. ("D and K") was an Iowa limited liability corporation engaged in the business of interstate transportation, with its principal place of business in Osceola, Clarke County, Iowa, operating as a trucking company and doing business in the State of Indiana.

3. At all times relevant to this action, the Defendant Lloyd D. Garner II (Garner) was a resident of Osceola, Clarke County, Iowa and was the operator of a semi-tractor owned and registered to Defendant D and K Express, L.L.C. At all relevant times, Defendant Garner was the principal and registered agent of Defendant D and K.

4. At all times relevant to this action, the Defendant Petersen Truck Brokerage, LLC ("Petersen Truck Brokerage") was an Iowa limited liability corporation engaged in the business of interstate transportation, doing business in the State of Indiana, with its principal place of business in Corning, Adams County, Iowa.

5. At all times relevant to this action, the Defendant Petersen Farms Trucking, LLC ("Petersen Farms"), was an Iowa limited liability corporation engaged in the business of interstate transportation, doing business in the State of Indiana, with its principal place of business in Corning, Adams County, Iowa.

6. At all times relevant to this action, Defendant Garner was operating a semi tractor-trailer and was acting within the scope of his duties as a driver for his trucking company, Defendant D and K. The registered owner of the semi-tractor was Defendant D and K, and the registered owner of the attached trailer is believed to be Defendant Petersen Farms and/or Defendant Petersen Truck Brokerage.

7. Based on information available to the Plaintiff at the time of this filing, it is believed that Defendant Petersen Farms and/or Defendant Petersen Truck Brokerage may have been engaged in a joint venture with Defendant Garner and Defendant D and K at the time of the collision which is the subject of this Complaint.

8. On or about April, 4, 2017, Plaintiff Shancy Larson was driving her vehicle in the right southbound lane of U.S. 31 near 276th Street in Sheridan, Hamilton County, Indiana.

9. At the same time and place, Defendant Garner was operating a semi tractor-trailer in the left southbound lane of U.S. 31, having just turned left (southbound) onto U.S. 31 from westbound 276th Street.

10. Suddenly and without warning to the Plaintiff, Defendant Garner improperly changed lanes, failing to keep a proper lookout for other traffic on the roadway and negligently entering the Plaintiff's lane of travel, thereby causing a collision between his semi-trailer and the Plaintiff's vehicle.

11. At the time of the collision, Defendant Garner, acting in the scope of his ownership and employment with Defendant D and K, and in furtherance of a joint venture with Defendants Peterson Farms and/or Peterson Truck Brokerage, was negligent in the operation of the semi tractor-trailer.

12. As a direct and proximate result of the carelessness and negligence of the Defendants, Plaintiff Shancy Larson suffered personal injury resulting in physical and emotional pain and suffering and functional limitations. These injuries and limitations are permanent in nature.

13. In order to treat her injuries, the Plaintiff Shancy Larson was required to engage the services of hospitals and medical practitioners and incurred medical expenses. She may continue to incur medical expenses for care in the future, all as a direct and proximate result of the carelessness and negligence of the Defendants.

14. As a result of the carelessness and negligence of the Defendants, Plaintiff Shancy Larson was forced to miss time from her schooling and her employment, and may miss additional time in the future, all resulting in loss of income. Additionally, as a result of

the Defendants' negligence, Plaintiff Shancy Larson's future earning capacity may be impaired.

15. As a direct and proximate result of the carelessness and negligence of the Defendants D and K Express, L.L.C., Lloyd D. Garner II, Petersen Truck Brokerage, LLC, and Petersen Farms Trucking, LLC, Plaintiff Shancy Larson has been damaged.

WHEREFORE, the Plaintiff Shancy Larson prays for judgment against the Defendants in an amount commensurate with the evidence of her damages, costs of this action, and all other relief just and proper in the premises.

Respectfully submitted,

Samuel L. Jacobs, #4866-49
JACOBS LAW LLC
Kimberly H. Danforth #10945-49
6048 N. Keystone Avenue
Indianapolis, IN 46220
317.257.5581 (T)
317.257.5584 (F)
Sjacobs@indianainjury.com
kimd@indianainjury.com

Attorneys for Plaintiff

4

90229.10

| | |
|---|---|
| STATE OF INDIANA | IN HAMILTON SUPERIOR COURT, COURT 2 |
| COUNTY OF HAMILTON | SITTING AT NOBLESVILLE |

FILED
May 8, 2019
CLERK OF THE HAMILTON
CIRCUIT COURT

SHANCY LARSON

    Plaintiff(s),

vs.

CAUSE NO: 29D02-1904-CT-003183

D AND K EXPRESS, L.L.C., LLOYD D. GARNER II, PETERSEN TRUCK BROKERAGE, LLC, and PETERSEN FARMS TRUCKING, LLC

    Defendant(s).

### ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME

THE COURT, being duly advised in the premises, now GRANTS Defendants' Motion for Extension of Time to answer Plaintiff's Complaint, up to, and including **June 6, 2019**.

**SO ORDERED: May 6, 2019**

_____
JUDGE,

Distribution to:

Sheri Bradtke McNeil
Samuel L. Jacobs
Kimberly H Danforth
Daniel D. Trachtman

5/8/19 js