IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANCY LARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 1:19-cv-1879-RLY-DLP |
| D AND K EXPRESS, L.L.C. and LLOYD D. GARNER, II, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the parties' Stipulation of Dismissal with Prejudice. The Court, having considered the stipulation of the parties, and being duly advised, now ORDERS that this matter be dismissed with prejudice, each party to bear its own attorneys' fees, costs and expenses.

**IT IS SO ORDERED**.

Entered this 27th day of October 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to: All counsel of record via an automatic email message generated by the CM/ECF System.